Greenbrier Realty Corporation, Appellant, *v.* Grace Simon et al., Respondents.

(Submitted April 16, 1934; decided April 24, 1934.)

*Arthur C. Mandel* for motions.

*Solomon Traub* opposed.

Motions granted and appeals dismissed, with costs and ten dollars costs of each motion.